In re Getty Oil Co.; Texaco Producing Inc.; Texaco Inc.; Exxon Corporation; Chevron U.S.A. Inc.; Robert A. Welch Foundation; Welch, Robert A. Foundation; *354 Doherty, Wilfred T. Jr.; Doherty, Lois A.; Doherty, Deborah Ann; Wheeler, James A. Estate of; Bullard, William C.; Sparks, Rufie Fife; Rice, Marguerite; Ostner, Constance E.; McGehee, George; Sears, Blanche Daugherty; Kelly, Diane Doherty; Doherty, James Patrick; Marechal, Jane Gregory Heyer; Bulloch, Julia Wade; Gregory, Holman; Gregory, Thomas Watt Jr.; Texas Commerce Bank; Hancock, Julia H.; Hartman, Daniel H.; Bullard, Dan R. Jr. Estate of; Bullard, Beverly T.; Bul-lard, William C.; Haldas, Joe; Miller, Leland H.; Bockuis, Julianne McMillan; Har-wood, Amy McMillan; McMillan, Dorothy Fouts; McMillan, William C.; McMillan, Douglas; Mahoney, Marguerite Nicholas; McMillan, James T. II; McMillan, Philip F.; Scott Trust, Frances Randolph; Cordill, Stephen H. Jr.; Armstrong Trust, Molly C.S.; Cordill, Stephen H. Jr.; Blumberg, Jane W.; Blumberg, Carla Ann; Blumberg, Hilmar Daniel; Blumberg Trust, Edward Austin; Bauchman, John A.; Bauchman, James A.; Goddard, Leila A. Bauchman; Congdon Orchards Inc.; Clayton Foundation/Research; Newmont Oil Company; Kelly, Michael V.; Sibley, John Fouts; Bannister, Z.D.S.; Bauchman, Barbara E.; Reiner Oil Co.; Surko, Virgie B.; Bauch-man, John Allen; Bauchman, James B.; Hughes, Pamela; Parson, Joseph H. Ill; Parsons, Merrill; Parsons, Ward Layton; Parsons, Pamela Ann; Parsons, Carol Lay-ton; Peden, David D.; Naylor, Frances Miss; Thomas, Elizabeth C.; applying for supervisory and/or remedial writs; Parish of Plaquemines, 25th Judicial District Court, Div. “B”, No. 30-063; to the Court of Appeal, Fourth Circuit, Nos. 88CW-0961, 88CW-1008.
Denied. This Court’s denying writ application today in No. 88-C-2393 moots the issues here relative to lis pendens. Otherwise this application is simply denied.